# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE COUNTY COURT AT LAW OF CHEROKEE COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 20th day of September, 2017, the cause upon appeal to revise or reverse your judgment between

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF B. D.**

**NO. 12-17-00174-CV; Trial Court No. 42123**

Opinion by James T. Worthen, Chief Justice.

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, it is the opinion of this court that there was error in the order as entered by the trial court below and that the same should be reversed and rendered.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the trial court's order authorizing the administration of psychoactive medication in favor of Appellee, **THE STATE OF TEXAS**, be, and the same is, hereby **reversed**, and judgment is **rendered** denying the State's application for an order to administer psychoactive medication; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 1st day of December, 2017.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk